**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KINGMAN HOLDINGS, LLC AS TRUSTEE | § § § |
| v. | §  CIVIL ACTION NO. 4:15cv279 |
| US BANK, NATIONAL ASSOCIATION AS TRUSTEE | § § § § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 15, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Summary Judgment [Doc. #28] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed,[1] this Court is of the opinion the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore

**ORDERED** Defendant's Motion for Summary Judgment [Doc. #28] is **GRANTED**. It is

---

[1] On June 20, 2016, the Court emailed counsel for both parties, requesting they submit any objections to the Report and Recommendation by Friday, June 24, 2016. Counsel for both parties acknowledged receipt of the email. As of Monday, June 27, 2016, no objections have been filed.

further

ORDERED Plaintiff's case is **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So Ordered and Signed**

**Jun 27, 2016**

_____
Ron Clark, United States District Judge